# Third District Court of Appeal
## State of Florida

Opinion filed August 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-1236
Lower Tribunal No. F01-26554
_____


**Jimmy Lee Jones,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Tanya Brinkley, Judge.

Jimmy Lee Jones, in proper person.

James Uthmeier, Attorney General, for appellee.


Before LOGUE, GOODEN, and REBULL, JJ.

PER CURIAM.

Affirmed.  See Maye v. State, 51 Fla. L. Weekly S116 (Fla. May 14, 2026) (holding Florida Rule of Criminal Procedure 3.800(a) is not the proper vehicle for raising a claim of error under Apprendi and its progeny); Martinez v. State, 211 So. 3d 989, 991 (Fla. 2017) ("We have recognized that few claims raised under rule 3.800(a) come within the illegality contemplated by the rule.") (quotation omitted).